COMPANIA MEXICANA DE FINANZAS E INVERSIONES SOCIEDAD ANONIMA, Respondent, v. SWARTWOUT et al., Appellants. (Supreme Court, Appellate Division, First Department. October 22, 1909.) Action by the Compania Mexicana de Finanzas e Inversiones Sociedad Anonima against Richard H. Swartwout and another. S. McLenahan, for appellants. G. W. Pierson, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CONGREGATION SONS OF ABRAHAM, Respondent, v. LENKOWSKY et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by the Congregation Sons of Abraham against Samuel Lenkowsky and others. No opinion. Judgment and order affirmed, with costs.

CONKLIN et al., Respondents, v. WHITBECK et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Action by Russell Conklin and others against Charles F. Whitbeck and others. No opinion. Judgment unanimously affirmed, with costs.

CONNELL, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Nora A. Connell against the New York, Ontario & Western Railway Company. PER CURIAM. The order granted on March 20, 1909, resettling the original order granted on February 11, 1909, reversed, and said original order modified and resettled, by striking therefrom the provision amending the complaint in the following language: "That the defendant failed and neglected to protect the plaintiff from assault and violence, caused by others, while plaintiff was a passenger on said train"—and, as so modified and resettled, said original order is affirmed, with $10 costs and disbursements to the appellant. See, also, 119 App. Div. 872, 104 N. Y. Supp. 1124.

CONNOLLY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Ellen Connolly against the City of New York. With this case has been consolidated in this court cases bearing titles as follows: Jas. C. Deering v. City of New York; Gerolamo Danneo v. Same; Frank Danneo v. Same; Herman Fromme v. Same; Henry W. Seabold v. Same. No opinions. Motions granted, with $10 costs. Orders filed. See, also, 107 N. Y. Supp. 934.

In re CO-OPERATIVE LAW CO. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) In the matter of the application, pursuant to chapter 483, p. 1170. of the Laws of 1909. of the Co-operative Law Company. No opinion. Application granted. Settle . order before Mr. Justice JENKS.

CORNELL v. VAN WORMER et al. (Supreme Court, Appellate Division, Third Department. September 24, 1909.) Action by John W. Cornell against Rodney Van Wormer and another, as executors, etc., George A. Cornell and others. No opinion. Order affirmed, with $10 costs and disbursements.

COSTELLO, Respondent, v. COSTELLO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Sarah Caroline Costello against John H. Costello. PER CURIAM. Order affirmed, with $10 costs and disbursements. McLENNAN, P. J., and ROBSON, J., dissent, and vote for modification of the order by striking out the provision for the payment of $880.

COX, Appellant, v. STILLMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 2, 1909.) Action by James R. Cox against James Stillman. No opinion. Motion for reargument denied, without costs. Motion denied. Defendant's time to answer extended to June 21, 1909, and further proceedings by the plaintiff stayed until that date. See, also, 116 N. Y. Supp. 931.

COYLE, Respondent, v. COYLE et al, Appellants. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by Mary C. Coyle against James H. Coyle and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re CRAM. (Supreme Court, Appellate Division, First Department. October 23, 1909.) In the matter of J. Sergeant Cram. No opinion. Order affirmed. Order filed.

CRAMER, Appellant, v. KLEIN, Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Esther Cramer against Leontine Klein. No opinion. Motion to dismiss appeal denied, without costs. See, also, 128 App. Div. 891, 112 N. Y. Supp. 1126.

CRAMER, Appellant, v. KLEIN, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Esther. Cramer against Leontine Klein. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 127 App. Div. 146, 111 N. Y. Supp. 469.

In re CRAMPTON. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) In the matter of the application of Faust F. Crampton for admission to the bar. No opinion. Application granted.

In re CRAMSEY. (Supreme Court, Appellate Division, First Department. October 15, 1909.) In the matter of J. Edward Cramsey.